# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF CALIFORNIA

MODESTO DIVISION

In re:  NATIONAL EMERGENCY            §        Case No.    16-90401-E-11
         MEDICAL SERVICES              §
         ASSOCIATION, INC.             §
                                       §
                                       §
                    Debtor(s)

---

### CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
### REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND
### APPLICATION TO BE DISCHARGED (TDR)

Russell K. Burbank                              , chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

   1)  All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report.  The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law.  The trustee hereby requests to be discharged from further duties as a trustee.

   2)  A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: $0.00 *(without deducting any secured claims)* | Assets Exempt: $0.00 |
| Total Distributions to Claimants: $0.00 | Claims Discharged Without Payment: |
| Total Expenses of Administration: $28,446.92 | |

   3)  Total gross receipts of $51,328.48 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $22,881.64 (see **Exhibit 2** ), yielded net receipts of $28,446.84 from the liquidation of the property of the estate, which was distributed as follows:

UST Form 101-7-TDR (10/1/2010)

| | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS from **Exhibit 3**) | $1,660.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | $26,108.63 | $26,108.63 | $26,108.63 | $24,808.63 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | | $38,764.37 | $38,764.37 | $3,638.21 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | | $0.00 | $0.00 | $0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | $826,242.00 | $576,099.90 | $576,099.90 | $0.00 |
| **TOTAL DISBURSEMENTS** | $854,010.63 | $640,972.90 | $640,972.90 | $28,446.84 |

4) This case was originally filed under chapter 11 on 05/10/2016 & was converted to chapter 7 on 07/06/2018. The case was pending for 12 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 05/03/2019　　　　　　By: Russell K. Burbank
　　　　　　　　　　　　　　　　　　　Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 101-7-TDR (10/1/2010)

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| Funds Transferred from Chapter 11 | 1290 | $28,446.84 |
| Deposit - Membership Dues | 1280 | $22,881.64 |
| | | |
| **TOTAL GROSS RECEIPTS** | | $51,328.48 |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NAGE | Membership Dues paid to NAGE | 8500 | $6,833.35 |
| | | | $707.57 |
| | | | $2,309.98 |
| | | | $1,531.23 |
| | | | $2,929.78 |
| | | | $653.76 |
| | | | $3,655.65 |
| | | | $2,148.12 |
| | | | $747.06 |
| | | | $682.57 |
| | | | $682.57 |
| | | | |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | $22,881.64 |

## EXHIBIT 3 - SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | GE Capital | 4120 | $1,660.00 | | | |
| | | | | | | |
| **TOTAL SECURED CLAIMS** | | | $1,660.00 | | | |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| BPM LLP | 3310 | N/A | $7,868.58 | $7,868.58 | $7,868.50 |
| BPM LLP | 2100 | N/A | $5,848.92 | $5,848.92 | $5,848.92 |
| BPM LLP | 2200 | N/A | $104.00 | $104.00 | $104.00 |
| Wilke Fleury | 3210 | N/A | $8,500.00 | $8,500.00 | $8,500.00 |
| Pacific Records Management | 2690 | N/A | $1,228.50 | $1,228.50 | $1,228.50 |
| Postal Connections | 2690 | N/A | $265.39 | $265.39 | $215.47 |
| International Sureties | 2300 | N/A | $8.24 | $8.24 | $8.24 |
| Franchise Tax Board | 2820 | N/A | $10.00 | $10.00 | $60.00 |
| US Trustee | 2690 | N/A | $650.00 | $650.00 | $650.00 |
| US Trustee | 2690 | N/A | $325.00 | $325.00 | $325.00 |
| US Trustee | 2690 | N/A | $1,300.00 | $1,300.00 | $0.00 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | $26,108.63 | $26,108.63 | $24,808.63 |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| BPM LLP | 6310 | N/A | $11,584.37 | $11,584.37 | $877.66 |
| BPM LLP | 6101 | N/A | $7,160.68 | $7,160.68 | $542.51 |
| BPM LLP | 6102 | N/A | $104.28 | $104.28 | $104.28 |
| Wilke Fleury | 6210 | N/A | $19,260.50 | $19,260.50 | $1,459.22 |
| Wilke Fleury | 6220 | N/A | $654.54 | $654.54 | $654.54 |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | $38,764.37 | $38,764.37 | $3,638.21 |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | | | | | | |
| | | | | | | |

| TOTAL PRIORITY |
|---|
| UNSECURED CLAIMS |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Wells Fargo Bank, NA | 7100 | $6,848.00 | $6,848.31 | $6,848.31 | $0.00 |
| 2 | Wells Fargo Bank, NA | 7100 | $21,611.00 | $21,611.11 | $21,611.11 | $0.00 |
| 3 | McCormick Barstow Shepard Wayte | 7100 | $17,395.00 | $21,081.62 | $21,081.62 | $0.00 |
| 4 | National Association of Govt Employees | 7100 | $260,064.00 | $260,064.00 | $260,064.00 | $0.00 |
| 5 | Law Office of Robert M. Merritt | 7100 | $8,115.00 | $9,546.60 | $9,546.60 | $0.00 |
| 8 | Joe H. Henderson | 7100 | $29,974.00 | $29,974.36 | $29,974.36 | $0.00 |
| 10 | Law Office of Robert M. Merritt | 7100 | $8,115.00 | $9,456.60 | $9,456.60 | $0.00 |
| 11 | Fetzer Simonsen Booth Jenkins | 7100 | $135,335.00 | $217,517.30 | $217,517.30 | $0.00 |
| | Arbitration Services | 7100 | $1,675.00 | | | $0.00 |
| | Califorensics | 7100 | $16,245.00 | | | |
| | Caltronics Business Systems | 7100 | $3,000.00 | | | |
| | Cranbrook Properties LLC | 7100 | $102,655.00 | | | |
| | Crowe Horwath LLP | 7100 | $1,150.00 | | | |
| | Digital Evidence Group | 7100 | $3,994.00 | | | |
| | Evers Law Group | 7100 | $3,815.00 | | | |
| | Hamilton & Company LLP | 7100 | $8,999.00 | | | |
| | Hinkley Allen & Snder LLP | 7100 | $37,751.00 | | | |
| | John B. LaRocco | 7100 | $1,648.00 | | | |
| | Joseph M. Celentano | 7100 | $1,100.00 | | | |
| | Kemper CPA Group | 7100 | $22,701.00 | | | |
| | NDS | 7100 | $0.00 | | | |
| | Stanley W. Wheatley | 7100 | $2,950.00 | | | |
| | Talbot Law Group | 7100 | $94,438.00 | | | |
| | Torren K. Colcord | 7100 | $35,693.00 | | | |
| | Transworld Systems, Inc. | 7100 | $0.00 | | | |
| | Wells Fargo Bank, NA | 7100 | $129.00 | | | |
| | Wells Fargo Bank, NA | 7100 | $842.00 | | | |
| | | | | | | |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $826,242.00 | $576,099.90 | $576,099.90 | $0.00 |

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT (FORM 1) ASSET
CASES

Case No.: 16-90401-E-11
Case Name: NATIONAL EMERGENCY MEDICAL SERVICES ASSOCIATION, INC.
For Period Ending: APRIL 30, 2018

Trustee Name: RUSSELL BURBANK
Date Converted (c) : JULY 6, 2017
§ 341(a) Meeting Date: AUGUST 11, 2017
Claims Bar Date: JANURAY 22, 2018

| 1 | | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee Less Liens , Exemptions, and Other Costs) | Property Abandoned OA=§ 554(a) abandon. DA=§ 554(c) abandon. | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| Ref.# 1 | CASH DEPOSITS FURNITURE/EQUIPMENT **TRAVEL ADVANCE (u)** | $58,401 1,316 16,500 3,475 | $51,387 1,316 1,310 3,475 | | **$28,446.84** | F/A F/A F/A F/A |

TOTALS (Excluding unknown values)       $57,488       **$28,446.84**       $0

Major activities affecting case closing: NONE

Initial Projected Date of Final Report (TFR): March 31, 2018       Current Projected Date of Final Report (TFR): April 30, 2018

**UST Form 101-7-TDR (10/1/2010)**

# Exhibit 9 (Form 2) - NEMSA: Cash Receipts & Disbursements Record

| Transaction Date | Check or Ref # | Paid To/ Received From | Description of Transaction | UTC | Debit | Credit | Balance |
|---|---|---|---|---|---|---|---|
| 07/26/2017 | 1 | | Funds Transferred from Ch. 11 | 1290 | 28,446.84 | | $ 28,446.84 |
| 07/26/2017 | | OVH, Waterbuty Emergency Services Union, Bayshore Ambulance | Deposit - Membership Dues | 1280 | 6,833.35 | | $ 35,280.19 |
| 07/31/2017 | 1001 | NAGE | Membership Dues paid to NAGE | 8500 | | 6,833.35 | $ 28,446.84 |
| 08/08/2017 | 1002 | US Trustee | Q2 Ch. 11 Trustee Fees | 2950 | | 650.00 | $ 27,796.84 |
| 08/08/2017 | 1003 | US Trustee | Q3 Ch. 11 Trustee Fees | 2950 | | 325.00 | $ 27,471.84 |
| 08/17/2017 | | Bayshore Ambulance, OVH | Deposit - due to NAGE | 1280 | 707.57 | | $ 28,179.41 |
| 08/17/2017 | 1004 | NAGE | Membership Dues paid to NAGE | 8500 | | 707.57 | $ 27,471.84 |
| 08/17/2017 | 1005 | Pacific Records Management | Ch. 7 Operating Expense | 2690 | | 45.00 | $ 27,426.84 |
| 09/06/2017 | | Waterbury Emergency Services Union, OVH, Bayshore Ambulance | Deposit - Membership Dues | 1280 | 2,309.98 | | $ 29,736.82 |
| 09/07/2017 | 1008 | NAGE | Membership Dues paid to NAGE | 8500 | | 2,309.98 | $ 27,426.84 |
| 09/13/2017 | | Waterbury Emergency Services Union, Bayshore Ambulance | Deposit - Membership Dues | 1280 | 1,531.23 | | $ 28,958.07 |
| 09/13/2017 | 1009 | NAGE | Membership Dues paid to NAGE | 8500 | | 1,531.23 | $ 27,426.84 |
| 09/27/2017 | | Waterbury Emergency Services Union, OVH | Deposit - Membership Dues | 1280 | 2,929.78 | | $ 30,356.62 |
| 09/27/2017 | 1010 | NAGE | Membership Dues paid to NAGE | 8500 | | 2,929.78 | $ 27,426.84 |
| 10/05/2017 | 1013 | US Trustee | Q3 2017 Chapter 7 Disbursement | 2950 | | 650.00 | $ 26,776.84 |
| 10/16/2017 | | Bayshore, OVH | Deposit - Membership Dues | 1280 | 653.76 | | $ 27,430.60 |
| 10/16/2017 | 1012 | Pacific Records Management | Ch. 7 Operating Expense | 2690 | | 45.00 | $ 27,385.60 |
| 10/16/2017 | 1011 | NAGE | Membership Dues paid to NAGE | 8500 | | 653.76 | $ 26,731.84 |
| 10/25/2017 | | Waterbury Emergency Services Union, Bayshore, OVH | Deposit - Membership Dues | 1280 | 3,655.65 | | $ 30,387.49 |
| 10/25/2017 | 1014 | NAGE | Membership Dues paid to NAGE | 8500 | | 3,655.65 | $ 26,731.84 |
| 11/06/2017 | | Waterbury Emergency Services Union, OVH | Deposit - Membership Dues | 1280 | 2,148.12 | | $ 28,879.96 |
| 11/06/2017 | 1015 | NAGE | Membership Dues paid to NAGE | 8500 | | 2,148.12 | $ 26,731.84 |
| 11/06/2017 | 1016 | Pacific Records Management | Ch. 7 Operating Expense | 2690 | | 45.00 | $ 26,686.84 |
| 11/06/2017 | 1017 | Pacific Records Management | Ch. 7 Operating Expense | 2690 | | 45.00 | $ 26,641.84 |
| 11/06/2017 | 1018 | Pacific Records Management | Ch. 7 Operating Expense | 2690 | | 45.00 | $ 26,596.84 |
| 11/06/2017 | 1019 | Pacific Records Management | Ch. 7 Operating Expense | 2690 | | 45.00 | $ 26,551.84 |
| 11/07/2017 | | Bayshore Ambulance | Deposit - Membership Dues | 1280 | 14.87 | | $ 26,566.71 |
| 11/22/2017 | | Waterbury Emergency Services Union, Bayshore Ambulance | Deposit - Membership Dues | 1280 | 732.19 | | $ 27,298.90 |
| 11/22/2017 | 1020 | NAGE | Membership Dues paid to NAGE | 8500 | | 747.06 | $ 26,551.84 |
| 12/06/2017 | | Bayshore Ambulance | Deposit - Membership Dues | 1280 | 14.87 | | $ 26,566.71 |
| 12/11/2017 | | OVH | Deposit - Membership Dues | 1280 | 667.70 | | $ 27,234.41 |
| 12/18/2017 | | OVH | Deposit - Membership Dues | 1280 | 667.70 | | $ 27,902.11 |
| 12/18/2017 | | United States Treasury | Deposit: Refund - Return of US Trustee Fees | 2950 | | -650.00 | $ 28,552.11 |
| 12/19/2017 | | Bayshore Ambulance | Deposit - Membership Dues | 1280 | 14.87 | | $ 28,566.98 |
| 12/19/2017 | 1021 | NAGE | Membership Dues paid to NAGE | 8500 | | 682.57 | $ 27,884.41 |
| 12/20/2017 | 1022 | NAGE | Membership Dues paid to NAGE | 8500 | | 682.57 | $ 27,201.84 |
| 01/10/2018 | 1024 | International Sureties, LTD | Bond # 016048571 | 2300 | | 8.24 | $ 27,193.60 |
| 02/14/2018 | 10010 | Franchise Tax Board | SoS Cert. Penalty/ Form 3586 | 2820 | | 60.00 | $ 27,133.60 |
| 06/04/2018 | 10002 | Pacific Records Management | Ch. 7 Operating Expense | 2690 | | 958.50 | $ 26,175.10 |
| 06/04/2018 | 10003 | BPM, LLP (Accounting) | Final Ch. 7 Accounting Fees | 3310 | | 7,868.50 | $ 18,306.60 |
| 06/04/2018 | 10004 | Wilkey Fleury | Final Ch. 7 Attorney Fees | 3210 | | 8,500.00 | $ 9,806.60 |
| 08/22/2018 | 10005 | BPM, LLP (Ch 7 Trustee Fees) | Final Ch. 7 Trustee Fees | 2100 | | 5,848.92 | $ 3,957.68 |

| 08/22/2018 | 10006 | BPM, LLP (Ch 7 Trustee Fees) | Final Ch. 7 Trustee Expenses | 2200 | | 104.00 | $ | 3,853.68 |
| 08/23/2018 | 10007 | BPM, LLP (Ch 11 Trustee Fees) | Ch. 11 Trustee Fees and Expenses | 6102 | | 646.79 | $ | 3,206.89 |
| 08/23/2018 | 10008 | Wilkey Fleury | Ch. 11 Attorney Fees and Expenses | 6210 | | 2,113.76 | $ | 1,093.13 |
| 08/23/2018 | 10009 | BPM, LLP (Accounting) | Ch. 11 Accounting Fees | 6310 | | 877.66 | $ | 215.47 |
| 09/13/2018 | 10011 | Postal Connections | Ch. 7 Operating Expense | 2690 | | 215.47 | | (0.00) |
| **TOTAL** | | | | | **$ 51,328.48** | **$ 51,328.48** | | |